**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD P., | ) | NO. CV 19-10246-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ANDREW SAUL, Commissioner of SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

   IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

        DATED: June 2, 2020.


                              /s/
                         CHARLES F. EICK
                   UNITED STATES MAGISTRATE JUDGE